**No. 11-5435. David Tisdale, Petitioner v. United States.**

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5790.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 204.

**No. 11-5436. Anthony Winston Uckele, Petitioner v. California.**

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5906.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-5437. Scott Christopher Howe, Petitioner v. United States.**

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5936.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 579.

**No. 11-5438. Hollis Wayne Fincher, Petitioner v. United States.**

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 6206,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5439. Denge Lemo Gahano, Petitioner v. United Steel Workers International Union Local 8-0369 (USW), et al. (two judgments).**

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5892.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5440. Victor Manuel Partida-Martinez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 907, 132 S. Ct. 312, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5836.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5441. Ronald Lee Suber, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy, et al.**

565 U.S. 907, 132 S. Ct. 312, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 5789.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5442. Terrell Robey, Petitioner v. Keith Butts, Superintendent, Pendleton Correctional Facility.**

565 U.S. 907, 132 S. Ct. 312, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 6023.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.